UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ENNETTE GUZMAN,

               Plaintiff,                                   **ORDER**
                                                                         **06 CV 5832 (KAM)(LB)**

   -against-

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF CORRECTION, MARTIN F. HORN,
individually and in his capacity as Commissioner of the
New York City Department of Correction, Deputy Warden,
FELINE BREELAND, Assistant Deputy Warden
DARLENE MERRITT, and DOCTORS THEO AND
ROSENBERG,

               Defendants.

-------------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

By endorsed Order dated March 13, 2009, the Court granted defendants' motion for reconsideration and extended discovery to April 14, 2009 for the limited purpose of deposing defendant Breeland. This Order is to clarify what the Court reconsidered and what the parties are obliged to do. The Court credits defendants' argument that plaintiff's requests related to the Civil Service Examination for captain may be irrelevant in light of plaintiff's deposition testimony. However, the Court directs defendants to answer the reformulated interrogatories listed in the March 11, 2009 Order, but limits the request to Examination Numbers 6504 and 7503. Defendants shall therefore provide the names of the individuals who (1) took Examination Numbers 6504 and 7503; (2) passed these two examinations and (3) were appointed as captains after passing these two examinations.

Counsel shall write to Judge Matsumoto by May 14, 2009 if they intend to move for summary judgment; any letter requesting permission to move for summary judgment shall set forth the basis for the motion as well as a proposed briefing schedule.

SO ORDERED.

                                                ___/s/_____
                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: March 19, 2009
       Brooklyn, New York